DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT GIBSON,**
Appellant,

v.

**PALM ISLE I CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D20-1017

[November 4, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 502019CA000636AXXXXMB.

Robert Gibson, Lake Worth, pro se.

Jeremy Dicker and Aleksandra Novakovich Gonzalez of Sachs Sax Caplan, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***